IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 4 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. _____ |
| | § | |
| MICHAEL H. CARTER | § | 1-07CR-0065C |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Attempts to Interfere with Administration of Internal Revenue Laws
(Violation of 26 U.S.C. § 7212 (a))

Beginning in or about November 2003, and continuing to in or about February 2004, in the Abilene Division of the Northern District of Texas, and elsewhere, **Michael H. Carter**, defendant, did corruptly endeavor to intimidate and impede Charles C. Mitchell, Internal Revenue Service Appeals Officer, acting in his official capacity under Title 26, United States Code, by filing fraudulent documents with the Taylor County Clerk's office which purportedly terminated the federal tax lien on his property, to wit: "Truth Affidavit," with attached UCC financing statement, amendments, and "Notice of Acceptance to Contract, Order, Demand and of International Commercial Claim Administrative Remedy."

In violation of Title 26, United States Code, section 7212(a).

Carter Indictment   Page 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 14 2007

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL H. CARTER

## INDICTMENT

**COUNT 1:** ATTEMPTS TO INTERFERE WITH ADMINISTRATION OF INTERNAL REVENUE LAWS
Title 26, United States Code, Section 7212(a).

(1 COUNT)

**REDACTED**

A true bill rendered:
Lubbock                                                      ▬▬▬▬▬▬▬▬▬  Foreperson

Filed in open court this ___14th___ day of __November__,
A.D. 2007.
                                                                        Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

**REDACTED**

A TRUE BILL:



FOREMAN

RICHARD B. ROPER
UNITED STATES ATTORNEY

*Ann C Roberts*
ANN C. ROBERTS
Assistant United States Attorney
Texas State Bar No. 24032102
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel:   806.472.7397
Fax:   806.472.7324
Email: ann.roberts@usdoj.gov

Carter Indictment   Page 2